```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CASE NO. MAG 06-035 GGH
                                  )
11              Plaintiff,        )
                                  )   STIPULATION AND ORDER TO
12      v.                        )   EXTEND TIME FOR PRELIMINARY
                                  )   EXAMINATION AND EXCLUDE TIME
13                                )
    JAYSON OTTIS,                 )
14                                )
                Defendant.        )
15  _____ )
16
```

17    The parties agree that time beginning February 1, 2006 and
18 extending through March 3, 2006 should be excluded from the
19 calculation of time under the Speedy Trial Act.  Further, the
20 Defendant consents to an extension of the time for preliminary
21 examination until March 3, 2006.  Fed. R. Crim. P. 5.1(d).  The
22 parties submit that the ends of justice are served by the Court
23 excluding such time, so that they may have reasonable time
24 necessary for effective preparation, taking into account the
25 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
26 particular, the time is required so that the government and
27 defense may study the facts of this case, and evaluate a possible
28 pre-indictment disposition.  Further, the Defendant is in drug

1

treatment in Southern California, which earlier travel to this District would disrupt unnecessarily.  The parties submit that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed.R.Crim.P. 5(d).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: February 1, 2006      By:   /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney

DATE: February 1, 2006
                                        MICHAEL CHASTAINE
                                        Counsel for Jayson Ottis

**SO ORDERED.**

    Dated:  February 6, 2006.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge