```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708              OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIM. NO. 06-97 DFL |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER TO CONTINUE AND EXCLUDE TIME |
| v. | ) | |
| JAYSON OTTIS, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued to August 3, 2006 at 10:00 a.m.. Further, the parties stipulate and agree that time beginning June 15, 2006 and extending through August 3, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible disposition. The parties submit that this interest of justice outweighs the best interests of the public and the defendant in a speedy trial, in

accordance with 18 U.S.C. § 3161(h)(8)(A). Further, the Defendant is currently unavailable, as he is in the custody of state authorities on unrelated charges and his attendance cannot be obtained by due diligence before August 3, 2006. 18 U.S.C. § 3161(h)(3)(A).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATE: May 13, 2006        By:   /s/ Matt Segal
                                                  MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: May 13, 2006              /s/ William Wright
                                                  WILLIAM WRIGHT
Counsel for Jayson Ottis

**SO ORDERED.**

                                                  _/s/ David F. Levi_
DAVID F. LEVI
United States District Judge