UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. S-06-097 DFL |
| v. ) | |
| ) | |
| JAYSON OTTIS ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    JAYSON OTTIS
Detained at (custodian): Placer County Jail, 2775 Richardson Drive, Auburn, CA, 95603

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment   (X) Information    ( ) Complaint
                      charging detainee with: 18 U.S.C. § 471 - Making Counterfeit Currency
or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary on AUGUST 31, 2006 at 10:00 a.m. in the Eastern District of California.**

Signature:      /s/ Matthew D. Segal
Printed Name & Phone No:      Matthew D. Segal (916) 554-2708
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **August 31, 2006 at 10:00 a.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/29/06

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X Female |
| Booking or CDC #: | P00136955/0605021# | DOB: 10/23/74 |
| Facility Address: | Placer County Jail | Race: |
| | 2775 Richardson Drive, Auburn, CA 95603 | FBI #: 6020004VB9 |
| Facility Phone: | (530) 745-8500 | |
| Currently Incarcerated For: | 475(a)pc - possess bad check/mo | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                                  (Signature)