UNITED STATES OF AMERICA )
)           CR. No. S-06-097 DFL
v. )
)
JAYSON OTTIS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                     ( ) Ad Testificandum

Name of Detainee:        JAYSON OTTIS
Detained at (custodian): Placer County Jail, 2775 Richardson Drive, Auburn, CA, 95603
Detainee is:          a.)    (X) charged in this district by: ( ) Indictment    (X) Information          ( ) Complaint
                              charging detainee with: 18 U.S.C. § 471 - Making Counterfeit Currency
        or            b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:        a.)    ( ) return to the custody of detaining facility upon termination of proceedings
        or            b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                              is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:                          /s/ Matthew D. Segal
Printed Name & Phone No:            Matthew D. Segal (916) 554-2708
Attorney of Record for:             United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, on FORTHWITH, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/30/06

                                        United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                                                     Male X  Female
Booking or CDC #:        P00136955/0605021#                                 DOB: 10/23/74
Facility Address:        Placer County Jail                                 Race:
                         2775 Richardson Drive, Auburn, CA 95603            FBI #: 6020004VB9
Facility Phone:          (530) 745-8500
Currently Incarcerated For:  475(a)pc - possess bad check/mo

## RETURN OF SERVICE

Executed on  _____        By:  _____
                                             (Signature)