1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 06-97 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE AND EXCLUDE TIME |
| ) | |
| JAYSON OTTIS, ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued to September 14, 2006 at 10:00 a.m.. Further, the parties stipulate and agree that time beginning August 3, 2006 and extending through September 14, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible disposition. The parties submit that this interest of justice outweighs the best interests of the public and the defendant in a speedy trial, in

1  accordance with 18 U.S.C. § 3161(h)(8)(A).  Further, the
2  Defendant is currently unavailable, as he is in the custody of
3  state authorities on unrelated charges and his attendance cannot
4  be obtained by due diligence before September 14, 2006.  18
5  U.S.C. § 3161(h)(3)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: August 31, 2006        By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: August 31, 2006                /s/ William Wright
                                    WILLIAM WRIGHT
                                    Counsel for Jayson Ottis



**SO ORDERED.**

Dated: 8/31/2006



                                    _____
                                    DAVID F. LEVI
                                    United States District Judge