JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
JAYSON OTTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 06-00097-DFL |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION FOR JAIL CUSTODY RECORDS AND DECLARATION OF COUNSEL |
| JAYSON OTTIS, | ) |
| Defendant. | ) |

Defendant Jayson Ottis, through counsel John Balazs, hereby applies for an order that the Sacramento and Placer County Sheriff's Departments provide copies of records showing the dates that Mr. Ottis was in custody at the Sacramento County and Placer County jails during 2006 and 2007 for the reasons set forth below.

BACKGROUND AND APPLICATION

On January 9, 2007, defendant Ottis was sentenced by U.S. District Judge David F. Levi to 18 months prison in the above-captioned case. At the time of his plea and sentence, Mr. Ottis was detained at the Sacramento County jail, after being brought over from Placer County jail on a writ of habeas corpus ad prosequendum. After sentencing, he was returned to Placer County jail to face his state court charges there.

It appears that Mr. Ottis has not received any pretrial custody credits for the time he spent at the Sacramento County jail on either his state or federal sentences. Mr. Ottis

currently has an administrative appeal pending challenging the denial of these custody credits. The Bureau of Prisons has requested records of the dates Mr. Ottis spent in custody at the Placer County and Sacramento County jails with respect to his administrative appeal. Counsel has tried but has been unable to obtain such records without a subpoena or court order. Mr. Ottis, through counsel, thus applies for an order that the Placer County and Sacramento County Sheriffs' Departments provide counsel records of the dates Mr. Ottis spent in custody at the Sacramento and Placer county jails in 2006-2008.

Respectfully submitted,

Dated: March 31, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JAYSON OTTIS

DECLARATION OF COUNSEL

I, John Balazs, declare:

1. I am an attorney licensed to practice law in the State of California and have been retained by defendant Jayson Ottis with respect to the denial of pretrial custody credits. Mr. Ottis, Reg. No. 16256-097, is currently serving his 18 month federal sentence imposed in U.S. v. Ottis, No. 06-00097-DFL, at MDC Los Angeles.

2. Mr. Ottis has submitted an administrative appeal challenging the denial of pretrial custody credits for the time which he was in custody at the Sacramento County jail, after being brought over on a writ of habeas corpus ad prosequendum from Placer County authorities.

3. The Bureau of Prisons staff requires Placer and Sacramento County jail records for the dates Mr. Ottis spent in custody at those jails with respect to his administrative appeal. Counsel has sought but has been unable to obtain such records without a subpoena or court order.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2010.

          /s/ John Balazs
          John Balazs

JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
JAYSON OTTIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 06-00097-DFL |
| Plaintiff, ) | |
| v. ) | ORDER FOR JAIL CUSTODY RECORDS OF JAYSON OTTIS |
| JAYSON OTTIS, ) | |
| Defendant. ) | |

UPON A SHOWING OF GOOD CAUSE, IT IS HEREBY ORDERED that within one week from the date of this order:

(1) the Sacramento County Sheriff provide counsel John Balazs or his representative a copy of records or printouts showing the dates that Jayson Ottis, DOB 10/23/1974, Sacramento County jail, XREF # 1760282, was in custody at the Sacramento county jail in 2006-2008; and

(2) the Placer County Sheriff provide counsel John Balazs or his representative a copy of jail records or printouts showing the dates that Jayson Ottis, DOB 10/23/1974, was in custody at Placer County jail during 2006-2008.

Dated: April 5, 2010

/s/ John A. Mendez
U.S. District Judge